Opinion issued March 29, 2007 










 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00202-CR

____________


IN RE MICHAEL LAVON GIPSON, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Michael Lavon Gipson, has filed a pro se petition for writ of
mandamus requesting that this Court compel the District Attorney (1) to transport items
for post conviction DNA testing in trial court cause number 590057. (2) The petition
for writ of mandamus is denied.

 It is so ORDERED.


PER CURIAM


Panel consists of Chief Justice Radack, and Justices Jennings and Bland.

Do not publish. Tex. R. App. P. 47.2(b).
1. Respondent Charles A. Rosenthal, Jr., District Attorney, Harris County. 
2. Relator is represented by appointed counsel Jerald Graber in the post
conviction DNA proceedings in the 176th District Court, Harris County
.